450 A.2d 1070

In Re Custody of Patton.

Appeal of Robert R. Patton.

Argued April 12, 1982. Terry T. Ray, for appellant; Ralph L. S. Montana, for participating party.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.

HESTER, J., filed a memorandum concurring opinion.

452 A.2d 555

Krieg v. Omark Industries Inc. et al., Appellants.

Reargument Denied Dec. 6, 1982.

Petition for Allowance of Appeal
Granted Feb. 10, 1983.

Argued November 6, 1981. Barbara L. Hollenbach, for appellants; Z.R. Bialkowski, for appellees.

Before SPAETH, BECK and LIPEZ, JJ.

Appeal quashed.